[No. 23237-1-I. Division One. July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL L. BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-01015-0, Frank J. Eberharter, J., entered

November 9, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Webster, J.